NUMBER
13-06-156-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

EDWARD
LEE ANZALDUA,                                         Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

_______________________________________________________

 

                   On appeal from the 94th District Court 

                           of Nueces
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Hinojosa, Rodriguez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, EDWARD
LEE ANZALDUA, attempted to perfect an appeal from a judgment entered by the
94th District Court of Nueces County, Texas.  Sentence in this cause was imposed on November 25, 1996.  No timely
motion for new trial was filed.   The notice of appeal was due to be filed on December 27, 1996, but was not filed until March 20,
2006.   Said notice of appeal is
untimely filed. 

Tex.
R. App. P.
26.3 provides that the court of appeals may grant an extension of time for
filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension.  Appellant failed to file his notice of appeal
and a motion requesting an extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 18th day of May, 2006.